FEBRUARY 13, 1940

No. 43229.——Protests 961695–G, etc., of Quong Lee & Co. et al. C. D. 277. Application by plaintiffs for rehearing granted.

No. 43230.——Petition 5785–R of Henry Wiesenfeld. Abstract 42058. Application by petitioner for rehearing granted.

FEBRUARY 7, 1940

No. 43231.—SUIT 4245.——United States v. Alfred Kohlberg, Inc. Reap. Dec. 4526 affirmed.

FEBRUARY 8, 1940

No. 43232.—SUIT 4212.——Bata Shoe Co. v. United States. C. D. 45 affirmed.

No. 43233.—SUIT 4211.——Westergaard Berg-Johnsen Co. v. United States. Abstract 40020 affirmed.

BEFORE THE FIRST DIVISION, FEBRUARY 16, 1940

No. 43234.—Protests 726451–G, etc., of Arthur H. Thomas Co. (Philadelphia).

Opinion by TILSON, J. It was stipulated that the merchandise consists of bent cylinder glass the same as that which was the subject of Semon Bache v. United States (T. D. 47480). The claim at 1²⁹⁄₆₄ cents per pound under paragraph 219 and T. D. 45313, plus 5 percent ad valorem under paragraph 224, was therefore sustained.

No. 43235.—Protest 893491–G of New York Mdse. Co. (Los Angeles).

Opinion by TILSON, J. From the record it was found that certain items consist of merchandise manufactured in chief value of india rubber similar to that the subject of Abstract 41517. The claim at 25 percent under paragraph 1537 (b) was therefore sustained.

No. 43236.—Protests 999521–G, etc., of Karl Guggenheim, Inc., et al. (New York).

Opinion by TILSON, J. On the record presented it was found that the merchandise consists of opera glasses similar to those involved in Woolworth v. United States (2 Cust. Ct. 1, C. D. 74). The claim at 35 percent under paragraph 228 (b) and T. D. 48316 was therefore sustained.

No. 43237.—Protest 981487–G of H. Matsuo (New York).

Opinion by TILSON, J. On the record presented it was found that the merchandise consists of opera glasses similar to those involved in Woolworth v. United States (2 Cust. Ct. 1, C. D. 74). The claim at 35 percent under paragraph 228 (b) and T. D. 48316 was therefore sustained.